IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLIE PAUL HOWARTH,<br>    Plaintiff<br>    v.<br>FIRST NATIONAL BANK,<br>    Defendant | : <br>: <br>: Civil Action No. 05-57J<br>: <br>: |
| LESLIE PAUL HOWARTH,<br>    Plaintiff<br>    v.<br>FIRST NATIONAL BANK,<br>    Defendant | : <br>: <br>: Civil Action No. 05-58J<br>: <br>: |
| LESLIE PAUL HOWARTH,<br>    Plaintiff<br>    v.<br>FIRST NATIONAL BANK,<br>    Defendant | : <br>: <br>: Civil Action No. 05-59J<br>: <br>: |
| LESLIE PAUL HOWARTH,<br>    Plaintiff<br>    v.<br>FIRST NATIONAL BANK,<br>    Defendant | : <br>: <br>: Civil Action No. 05-60J<br>: <br>: |

<u>MEMORANDUM ORDER</u>

These matters were referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1), and subsections 3 and 4 of Local Rule 72.1 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on September 9, 2005, docket no. 7 in each case, recommending that the complaint be dismissed for lack of standing.

The plaintiff was notified that pursuant to 28 U.S.C.§ 636(b)(1), he had ten days to serve and file written objections to the Report and Recommendation or to amend the complaint. Plaintiff has not filed objections or an amended complaint, and the time to do so has expired.

After review of the record of this matter together with

the Report and Recommendation, and noting the lack of timely objections thereto, the following order is entered:

AND NOW, this 26th day of September, 2005, it is

ORDERED that in each of the above captioned cases, the complaint is dismissed. The Report and Recommendation is adopted as the opinion of the Court. The Clerk shall mark this matter closed.

BY THE COURT:

GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

cc:
Leslie Paul Howarth, Ph.D.
211 Bentwood Avenue
Johnstown, PA 15904-1333